UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   vs.<br><br>DIMITRIOS GEORGAKOUDIS,<br><br>   Defendant. | Case No. 2:07-CR-0024 DLJ<br><br>**STIPULATION AND ORDER**<br><br>**WAIVER OF JURY TRIAL PURSUANT TO FED. R. CRIM. P. RULE 23(a)** |

The parties, through their counsel, stipulate as follows:

1. The Defendant, Dimitrios Georgakoudis, has been charged, by way of Indictment, with a violations of 18 U.S.C.§ 371 (Count One), 18 U.S.C. § 1001 (Count Four), and 18 U.S.C. § 1519 (Count Seven).

2. The Defendant has been arraigned and entered a plea of not guilty to these charges and the Defendant does not change his plea to these charges by agreeing to this stipulation.

3. The Defendant has been advised of his constitutional rights pertaining to the right to trial by jury.

4. Being fully advised of these rights, the Defendant now waives the right to trial by jury and expressly agrees that this Court may determine his guilt or innocence in a nonjury trial.

5. By signing this Stipulation, the Government consents to the waiver of a jury trial in this matter.

I have reviewed all of the terms and conditions of this Stipulation with my attorneys and specifically agree to the waiver of my right to a trial by jury. Instead, I specifically agree to submit this case to the Court for a determination of my guilt or innocence on the charged offenses.

Dated: September 17, 2007

_____/s/_____
DIMITRIOS GEORGAKOUDIS

Page 1

Stipulation and Order; Waiver of Jury Trial Pursuant to Fed. R. Crim. P. Rule 23(a) Case No. 2:07-CR-0024 DLJ:
261762.1

1  The attorneys for Defendant, Dimitrios Georgakoudis, have counseled him concerning the right to trial by jury in this matter, and the effects of any waiver of that right, and hereby stipulate and agree to submit this case to the Court for a determination of the Defendant's guilt or innocence on the charged offenses.

Dated: September 17, 2007                ROGERS JOSEPH O'DONNELL

                                         /s/
                                By:   _____
                                         ROBERT J. BREAKSTONE
                                         Attorney for Defendant
                                         DIMITRIOS GEORGAKOUDIS

Dated: September 18, 2007                CHALOS O'CONNOR & DUFFY

                                         /s/
                                By:   _____
                                         MICHAEL G. CHALOS
                                         Co-Counsel for Defendant
                                         DIMITRIOS GEORGAKOUDIS

The Attorneys for the Plaintiff, the United States of America, hereby stipulate and agree to submit this case to the Court for a determination of the Defendant's guilt or innocence on the charged offenses.

Dated: September __, 2007                UNITED STATES OF AMERICA
                                         /s/
                                By:   _____
                                         JOHN S. IRVING
                                         KRIS S. DIGHE
                                         Attorneys for Plaintiff


I have reviewed this Stipulation and have examined the Defendant in open court concerning its content and meaning. The Court accepts the waiver of trial by jury in this matter and the other terms and conditions for resolving this matter that are set out in this Stipulation.

SO ORDERED.

Dated:  September 19, 2007

                                         _____
                                         D. Lowell Jensen, U.S.D.J.