UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES of AMERICA ) | 07-cr-00024-DLJ |
| ) | |
| Plaintiff, ) | |
| vs. ) | JUDGMENT OF ACQUITTAL |
| ) | |
| DIMITRIOS GEORGAKOUDIS ) | |
| ) | |
| Defendant. ) | |

For the reasons stated on the record, the Defendant Dimitrios Georgakoudis was found not guilty on all counts. The Defendant is acquitted, discharged, and any bond exonerated.

IT IS SO ORDERED.

Date: October 30, 2007                By /s/ D. Lowell Jensen
                                      D. LOWELL JENSEN
                                      United States District Judge